(78 South. 306)

SIMMONS v. STATE. (6 Div. 445.)

(Court of Appeals of Alabama. March 12, 1918.)

Appeal from Circuit Court, Marion County; C. P. Almon, Judge.

Jim Simmons was indicted, tried, and convicted of felonious adultery, and from the judgment appeals. Reversed and remanded.

E. B. & K. V. Fite, of Hamilton, for appellant. F. Loyd Tate, Atty. Gen., and Emmett S. Thigpen, Asst. Atty. Gen., for the State.

SAMFORD, J. There is not sufficient evidence disclosed by the bill of exceptions to warrant the submission of this case to the jury, and on authority of Metcalf v. State, ante, p. 389, 78 South. 305, the judgment is reversed, and the cause is remanded.

Reversed and remanded.

---

(78 South. 306)

BELMONT v. STATE. (7 Div. 527.)

(Court of Appeals of Alabama. March 12, 1918.)

CRIMINAL LAW ⊂⊃1131(5)—APPEAL AND ERROR—DISMISSAL OF APPEAL.

Where the accused escapes jail and becomes a fugitive from justice after he appeals, his appeal will be dismissed.

Appeal from Circuit Court, Calhoun County; Hugh D. Merrill, Judge.

Reginald Belmont was convicted of assault with intent to rape, and he appeals. Appeal dismissed.

P. F. Wharton and S. W. Tate, both of Anniston, for appellant. F. Loyd Tate, Atty. Gen., and Emmett S. Thigpen, Asst. Atty. Gen., for the State.

SAMFORD, J. Since the submission of this cause, it being made to appear by the affidavit of A. H. Borden, sheriff of Calhoun county, in whose custody the appellant was, that the appellant has escaped jail and is now a fugitive from justice, the appeal in this case is dismissed.

Appeal dismissed.